UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

BRANDON L FARROW

v.   Case No.: 1:14–cv–00348–HSM–WBC
Judge Mattice

SHARRON SMITH

## *ORDER*

    The parties are hereby **ORDERED** to confer and develop a discovery plan in accordance with Fed. R. Civ. P. 26(f). The parties' discovery plan must comply in all material respects with Fed. R. Civ. P. 26(f)(3). The parties must file a written report outlining the discovery plan ***no later than 21 days from the date of this Order***.

    At the Rule 26(f) conference, the parties shall discuss the possibility of settlement. The parties shall indicate in their report filed with the Court whether they believe settlement to be likely, unlikely, or unknown. Additionally, the parties shall indicate in their report the anticipated length of a trial of this matter. Should the parties fail to indicate the anticipated trial length, the Court will afford them a three–day trial.

    After the parties have filed their Rule 26(f) report, the Court will enter a scheduling order pursuant to Fed. R. Civ. P. 16, in which it specifies a trial date and all relevant pretrial deadlines. Absent a subsequent order to the contrary, no scheduling conference will be conducted in this case. However, the Court may convene a scheduling conference upon any party's motion or if the Court believes it necessary.

    The parties are **ON NOTICE** that failure to comply with the terms of this Order may result in the imposition of sanctions pursuant to Fed. R. Civ. P. 16(f).

*SO ORDERED:* January 20, 2015

                                                        /s/ Harry S. Mattice, Jr.

                                                        HARRY S. MATTICE, JR.

                                                        UNITED STATES DISTRICT JUDGE