UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

BRANDON L. FARROW,

*Plaintiff,*

v.

SHARRON SMITH, and LIBERTY MUTUAL GENERAL INSURANCE COMPANY,

*Defendants.*

Case No. 1:14-cv-348

Judge Mattice

## JUDGMENT

This case came before the Court on the Defendants' Motions to Dismiss. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motions,

It is **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Smith are hereby **DISMISSED WITH PREJUDICE**, and that Plaintiff's claims against Defendant Liberty Mutual General Insurance Company are hereby **DISMISSED WITHOUT PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 8th day of July, 2015.

/s/ *Debra C. Poplin*
Debra C. Poplin
CLERK OF COURT